# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARSEN NALBANDYAN, JANET R. NALBANDYAN, VILLI WEISS, ZHANNA WEISS, VIKTORYA SOKOL, and DIANA AIZMAN,<br><br>Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A. and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-09302-JAK (KKx)<br><br>**JUDGMENT ON DEFENDANT CITIBANK, N.A.'S MOTION FOR SUMMARY JUDGMENT**<br><br>JS-6 |

This action came on for hearing before the Court on December 19, 2017, Honorable John A. Kronstadt, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been considered, the issues having been heard and a decision granting summary judgment in favor of defendants having been duly rendered (Dkt. 60),

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed on the merits. Defendant Citibank, N.A. shall recover its costs upon the filing and approval of the appropriate application consistent with the Local Rules.

DATED:  February 9, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1